22-January-2012

Judge Dennis D O'Brien
232 Warren E. Burger Federal Building and US Courthouse
316 North Robert Street
St. Paul, MN 55101

RECEIVED

12 JAN 23 AM 11:04

U.S. BANKRUPTCY COURT
ST. PAUL. MN

Dear Judge O'Brien,

I'm writing to the court concerning the bankruptcy case of Israel and Jennifer Mckinney (case #11-61215). There are several discrepancies in the Mickinney's bankruptcy filing concerning their income; specifically Jennifer Mckinney's income.

First, Ms. Mckinney states her primary business is her photography business and blog. However, she has allowed the domain to expire making it impossible for her to derive income from it.



www.networksolutions.com/whois-search/jennifermckinneyphotography.com

Domain name: JENNIFERMCKINNEYPHOTOGRAPHY.COM

Registrant Contact:

    Reactivation Period ()

    Fax:
    15801 NE 24th Street
    Bellevue, WA 98004
    US

Administrative Contact:

    Reactivation Period (Reactivation-Pending@enom.com)
    +1.4252744500
    Fax: +1.4259744791
    15801 NE 24th Street
    Bellevue, WA 98004
    US

Technical Contact:

    Reactivation Period (Reactivation-Pending@enom.com)
    +1.4252744500
    Fax: +1.4259744791
    15801 NE 24th Street
    Bellevue, WA 98004
    US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 16 Dec 2007 02:59:52
Expiration date: 16 Dec 2011 02:59:52

Get Noticed on the Internet!  Increase visibility for this domain name by listing
www.whoisbusinesslistings.com
-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a

Domain Name e.g. networksolutions.com
IP Address e.g. 205.178.187.13



GOING ONCE,
GOING TWICE,
SOLD!

Domain name you want
expiring soon?

Bid now, it could be yours.

Backorder domain names with Namejet® – the
premiere auction platform for expired domains.

LEARN MORE

Second, Ms. Mckinney failed to list her monetized blog (www.mckmamma.com / mycharmingkids.net) as a source of income. This is the blog on which Ms. Mckinney sells advertising and advertizes her photography shoots and classes.



I've never done yoga

The bug problem persists at our house, even though for a while we thought it was over and even now it's under control. It's a big frustration, and our landlord sadly refuses to help. We've been taking care of it the best way we know how and have been trying to come to a fair and agreeable solution. Some big decisions about how we will move forward from here though will be made soon. What is best for our family? That's my focus.

Lulie still hasn't given birth. I honestly cannot believe it. I dream about her, the other night it was that I was able to watch her give birth. She is so wide, I feel terrible for her. Except that I praise her when she holds off; it won't be fun for anyone if she gives birth during the bitter cold we're experiencing lately.

Third, Ms. Mckinney has been offering, and continues to offer, photography classes at $45 a person. She also offers personal instruction at $50 an hour. This is also not listed among her stated sources of income.



All classes are $45 for a two hour interactive class. A webcam and microphone on your computer are helpful, but not necessary. The schedule for the classes is as follows:

Wednesday, January 18, 1 pm Central, Lightroom Basics

Wednesday, January 18, 6:00 pm Central, Camera Basics

Saturday, January 21, 8:30 pm Central, Camera Advanced

Monday, January 23, 9:00 am Central, Camera Basics

Tuesday, January 24, 7:00 pm Central, Camera Advanced

Friday, January 27, 9:00 am Central, Lightroom Basics

Saturday, January 28, 8:30 am Central, Camera Basics

Just email me at contact.mckmama (at) gmail.com to sign up for one of the classes or request more information!

FILED UNDER: UNCATEGORIZED | 11 COMMENTS

Fourth, Ms. Mckinney requires payment for her photoshoots and photography classes through PayPal. Yet there is no mention of her PayPal account in her filing.



whatever time works for you. $50 an hour.

To sign up for any class, please email me at contact.mckmama (at) gmail.com. Use the name of the workshop(s) you are interested in as the email subject. First come, first served! Payment is due via PayPal when you sign up. I've give you the scoop on that and more details when you wrote. Also, I'll try to update this post a few times today with how many people are already in each workshop so you'll know which ones you can still get into.

Hope to see you soon!

FILED UNDER: UNCATEGORIZED | 68 COMMENTS

These are just a handful of "misunderstandings" stated, or not stated as the case may be, in the Mckinney's paperwork. I implore the trustee to dig deeper into the Mckinney's actual finances before considering discharging their bankruptcy.

Sincerely,
Carrie Louise Coddington

Concerned Citizen and Taxpayer





RECEIVED
12 JAN 23 AM 11: 04
U.S. BANKRUPTCY COURT
ST. PAUL. MN

**Recipient Information**

**To:  Judge Dennis O'Brien**
Fax #: 6518481109

**Sender Information**

**From: Carrie Coddington**
Email address: peanutnoodle@gmail.com
Sent on: Sunday, January 22 2012 at 5:48 AM EST