January 4th, 2012
Judge Dennis D O'Brien
232 Warren E. Burger Federal Building and
US Courthouse 316 North Robert Street
St. Paul, MN 55101



Dear Judge O'Brien -

In regards to: Bankruptcy Petition #11-61215

I too read Jennifer McKinney's blog My Charming Kids. But I have also read a blog called MckMama Without Pity (or mwopblog.com). The MWOP blog provides this statement to describe what it is "about":

"This site is a successor site to the original MckMama Without Pity and is a place designed to discuss the inconsistencies and bad business / life practices preached in Jennifer McKinney's popular mommy blog, My Charming Kids."

It was there that I found links to and copies of all publicly available documents related to the McKinney's bankruptcy. Below are screen shots of the links and search categories provided on MWOP:

A Medical Timeline

**Many McKMoney Messes**
A Financial Timeline
Bankruptcy: Notice of Filing
Bankruptcy: The Documents
Bankruptcy: The Assets
Bankruptcy: The Liabilities
Bankruptcy: Income and Expenses
Bankruptcy: Misc. Financial

Bankruptcy Law: Discharge

*Bankruptcy: Means Test Calculation*
*Bankruptcy: Errors and Omissions*

**Why We're Here**
In the Beginning
Using Sick Kids as Bait
Domestic Violence Part I
Domestic Violence Part II
MckMama Gives Financial Advice
Taking Down Ads: Susan G. Komen
The House That "Burned Down"
Focus on the Family Cuts Ties
Click, Click, Click
About That Dress
Craigslist and the Blue Aveo
Plagiarism I
Plagiarism II

Tag It!
Ads Bait Bankruptcy
BedBugs BlogHer CI
Clicks ContractForDeed
Debt DomesticViolence
Eviction
Fauxtography
Finances
FocusOnTheFamily
Foreclosure GHNI
Giveaways Homophobia
Hospital IRS Jealousy
KittyCone Lies Lies
Manipulation
Marriage MckDeals
McKNomading MWOP
Newsletter Password Posts
Plagiarism Repossession
Roobii Separation Spin
Submission Unprofessional
Visitors Weekly Reviews
Weight Loss Yelp

In addition to the links, MckMama Without Pity boasts thousands of negative comments regarding the McKinneys. The enormity of this blog is evidenced by their post on February 1st garnering 1587 comments. Their February 2nd post garnered 1405. Choice among them...

From username GreatLactatingAfricanSavior: "JM is an emotional vampire, so maybe it fits"

From username MyManySmallBankruptcies: "It's part of the shitbrix meme, which has been going around since 2009. Of course MckMama would hijack such a simple thing. She's so worthless in every way."

From username FinallyWisenedUp: "I think he stepped back and realized how much she's dragged him down. Emotionally, financially, physically, spiritually ~ she's beat him to a pulp. On top of all that, she doesn't shave her legs, wears gorilla shoes, zero effort with physical appearance, cooks disgusting looking food, opinionated, arrogant, egomaniac, narcissist, schemer, manipulator, hypocrite, etc etc etc. You are right. I bet she told him to get out and not to come back, and he bolted. "Free at laaaaaast! Freeee at laaaaast! Thank God Almighty I'm freee at laaaaaaast!" I've also been wondering if his friends and coworkers have "heard" about her online shenanigans and have said things to him about it."

From username GagMeWithWarmHairyGoatMilk: "Poor little Jenny. Sleeping on the floor, crying herself to sleep with nothing by gorilla shoes and christmas panties:P"

 Personally, I find the content of MckMama Without Pity to be offensive and to rise to the level of bullying. I believe members of this blog crossed the line and began to provide & obtain court documents via low resolution photographs prior to the documents' official release. In my opinion their conduct is abusive and not that of the average concerned citizen. Neither letter sent to you mentioned what appears to be their clear devotion and sole intent to degrade, humiliate, abuse, and interfere with Jennifer McKinney's life and (consequently) the life of her five small children. Their motivation should be exposed.
 This is a screen shot of the post that details how the author received a low resolution picture of court documents within 24 hours of the court's receipt and before it was available to the public.

> **Time and Again**
> Posted on January 18, 2012 by MWoPAdie
>
> Usually I receive the truth behind MckMama's latest bit of 'reality' well after the fact, but today I was given an unusual head start. I received the correspondence sent to the court yesterday in the McKinney's escrow case against their landlord, and in advance of MckMama's latest post. It's even more interesting to watch her in progress, to see how she spins and omits, never being honest with her readers but thinking she can fool them anyway.
>
> A kind reader sent me a low res image and I'm awaiting an easier-to-read scan, but here are the main points from the letter sent to the court by the McKinney's landlord, Mr. H:

### Correspondence

Posted on January 19, 2012 by MWoPAnja

Linked below is the letter (now publicly recorded) from the landlord to the hearing officer for the rent escrow case that the McKinney's are bringing against their landlord. Any contact information has been redacted. This is a cleaner version that's much easier to read; left-click to view or right-click for additional options.

Correspondence: Landlord Letter

More information about the Rent Escrow Action process can be found on the Minnesota Judicial Branch's website.

*Edit: I respectfully request that readers of this site avoid locating and/or contacting Mr. H, as we do not want to jeopardize his housing case. In addition, please only post information about him as it pertains to the letter at hand.*
*Thank you.*

This entry was posted in MWOP and tagged Bankruptcy, BadBugs, Debt, Eviction, Finances. Bookmark the permalink.

← Time and Again                                                                                   Bugs, Real and Imagined →

 liked this.                                                                    

I have written this letter with considerable risk. I am sure that this letter will hastily be posted to McKMama Without Pity without my personal information being redacted (as they did for their members). Even if my personal information is redacted I have every confidence that it will be distributed among their members via private communications for use in attacking me. This will require me to start a rabbit trail of legal action that I will insist upon for self-protection. I am writing this letter despite the risk because it is fair and right that the court be made aware of those who attempt to deceive it.

   I ask that you strongly consider the possible motives behind the other correspondence you have received. I firmly believe that the other correspondence you have received was written by those who participate in the MckMama Without Pity blog. The first three 'hits' on a google search of "Jennifer McKinney bankruptcy" are links to the MWOP blog. The MWOP blog is the only place I was able to find all the relevant information of Jennifer McKinney's bankruptcy. And the screen shots below document a comment thread about participants of MckMama Without Pity planning to attend prior court hearings.

 yuckypoop

I just replied to a comment further down, but wanted to say it again. I am available to go on Monday if NO ONE else is. I honestly would feel really weird going, but since I'm an hour away, and have nothing to do that day (Winter break from school)-I will consider it if no one else steps up to the plate. Anja, if you wanted to contact me, you can do so at xxxxxxxxx.
*Edited to remove e-mail; thanks!*
(Edited by a moderator)

4 weeks ago   28 Likes                                                                              Like


**NuttierThanSquirrelShit**

Dangit! I could have gone, but I took a sub job on Monday,....if it falls through (doubtful, but sometimes they do) I might just have to take a trip up there. I'm in the cities and have no kids. I don't know how I missed that people could go? :/

4 weeks ago   in reply to yuckypoop   1 Like                                       Like


**WeAreSwimminglyUmmmNot**

If I weren't 4 hours away (and also with 2 kids in tow), I would totally be there. Here's to hoping you can find a friend or 2 - heck even grab strangers off the street - to go too.

4 weeks ago   in reply to yuckypoop                                                Like


**yuckypoop**

Sorry, Anja! :)

4 weeks ago   in reply to yuckypoop                                                Like


**MWol' Anja**

No problem, just didn't want your e-mail address out there. Thanks!

4 weeks ago   in reply to yuckypoop                                                Like


**justakitten**

Yay! I would go except I live south of the Twin Cities, and would have to bring two little kids. I don't think they would share my enthusiasm for the adventure.

4 weeks ago   in reply to yuckypoop   2 Likes


**Imstilljennyfromtheblock**

Just so you know,....we had to bring our two very young babies with us for our bankruptcy hearing. It was so.much.fun! (insert sarcasm here)

4 weeks ago   in reply to justakitten                                              Like


**Guest**

The only other local that I know of, Joodii, can't make it. You might be our only hope!

4 weeks ago   in reply to yuckypoop   3 Likes                                      Like

 **StuffedAnimalSmallGroup**

Help us YuckyPoop, you're our only hope. (in my best Star Wars voice)

4 weeks ago    in reply to Guest    3 Likes                                Like

 **mckgarbagesale**

pleeeeeeeeeease get some pics!

4 weeks ago    in reply to yuckypoop    5 Likes                            Like

 **notnancy**

Careful about that as it might be illegal in the building. Photos outdoors are likely okay.

 **thatagirl**

Hope JM knows this. She is probably planning a skinny door reflection shot again.

4 weeks ago    in reply to notnancy    3 Likes                             Like

 **grammax8**

If you can manage that would be great. Carry a folder if it helps look like you have pertinent documents of your own and a smart phone or something to occupy yourself.(Have no idea about rules for laptops,etc. ) Can you find friend to go with you. I'm in Texas so no help at all. I'm sure it will be educational in and of itself. Kind of like jury duty.

4 weeks ago    in reply to yuckypoop    4 Likes                            Like

 **yuckypoop**

That's what I was thinking! Dress nicely, carry some documents. She is totally going to be on the lookout now! I would need to be completely debriefed on any details "we" have before doing this! :)

4 weeks ago    in reply to grammax8    5 Likes                             Like

 **grammax8**

As a tax paying citizen you certainly have the right to be there if they are allowing people in.

4 weeks ago    in reply to yuckypoop    5 Likes                            Like

 **Marley1496**

Please go Poop! I am in OK and that's just to long of a drive for me! Be our eyes and ears :o)

4 weeks ago    in reply to yuckypoop    3 Likes                            Like

Jennifer McKinney is far from perfect, as are we all. However, she and her family still retain their absolute right to seek all legal remedies available to them in this difficult situation and for that remedy to be adjudicated fairly without the court being deceived by people who have devoted a significant portion of their time and energy to destroying Jennifer McKinney.

Sincerely,
M. Yaklin