January 31, 2012

Dear Judge O'Brien,

    I would have preferred to put this statement in a "sworn affidavit form" but wasn't sure of what the rules were on that matter, i.e. can a person who is not a party to the case submit such an affidavit? Because of that I decided to go with a letter format. I have enumerated the letter to make it easier to reference any particular point. I would also like to note for the Court that hard copies as well as electronic copies of this letter have been sent to the McKinney's, their attorney & the trustee.

**1).** I felt compelled to make a statement to the Court because of recent correspondences sent to the Court from members of the "MWOP" community (MckMama Without Pity blog): http://mwopblog.com/. I am coming forward to state what I have witnessed "on line" in regards to the "cyber terrorism" that Jennifer McKinney has been subjected to over the last several  years and of which has contributed to her present petition before the Court with the filing of bankruptcy. The "correspondences" sent to the Court are clearly documented on the MWOP site as well as several "posters" within that site claiming they are the ones who sent them to the Court. The last names have been redacted on the site. I would be surprised if they used their real names in their letters to the Court as they tend to use aliases. While I did personally read posts from two different people that stated they sent correspondences to the Court, I only remembered one name which made it easier to look up and document. Someone with the screen name "MckSicko" on the MWOP blog stated:

> "My letter was sent weeks ago in the court preferred way, electronically, but I was just sending a signed hard copy, as well, as follow up". Also on another post MckSicko states: "I have neglected sending the hard copy of my letter to the Trustee" and "Now I think I may send a copy of Mr. Landlord's letter along."

I would like to note for the Court that "MckSicko" has just under 1,400 comments on the MWOP blog.

**PLEASE SEE..................................................................................................................EXHIBIT A**

**2).** "MWOP" is an organized group of "Cyber bullies" that have made it "sport" to drive a once lucrative "mommy blog" (mycharmingkids.net) into the ground through their willful, aggressive, slanderous & egregious actions. Their goal, which can be clearly seen all over their site, is to force Jennifer McKinney into shutting down her blog. I decided to contact the Court after their latest tactic, i.e. their recent mailings to the Court with the intention of derailing the McKinney's petition to file for Bankruptcy. It seems beyond disingenuous to me that the very people who have had a hand in driving the McKinney's towards bankruptcy by targeting her blog to drive away business should not be left unchallenged in their writings to this Court, i.e. their latest quest to have her bankruptcy petition denied.  Especially given the fact that their "facts" are merely "spin" meant to harass, slander and denigrate the McKinney's. This is typical "Modus operandi" for these organized Cyber Stalkers, Harassers & Bullies. I have never personally seen or even heard of anyone being subjected to the level of Cyber bullying that the McKinney family has endured over the last several years.

1

**3).** For the record I would like to state that I have never met Jennifer McKinney nor have I ever talked to her. Therefore, I have nothing to gain or lose either way by how things turn out for the McKinney's in their bankruptcy filing. I have been following Jennifer McKinney's blog regularly since the call went out for prayer for her son Stellan who was born with a heart condition, SVT (Supraventricular Tachycardia). I have also watched over the years as this whole story has unfolded and have watched aghast as this woman and her family has been unmercifully targeted. Bullies in general get away with what they do because no one intervenes. You read about the horror stories all of the time. Just as a fellow human being, I felt it my moral obligation to contact the Court with what I have observed.

**4).** What I find most disheartening is that Jennifer's blog has been the main source of income for her family over the last several years. As can be clearly seen in the financial information given to the Court, she has suffered an enormous drop in revenue from her blog which is directly related to the cyber terrorism that this family has been a target of.  A drop of $ 119,262.00 in one year's time. Given the fact that she has 5 small children that are supported by her, it is beyond my comprehension as to why a group of women would target and try to destroy another mother's main source of income for her family.

**5).** I hope to give the Court a "glimpse" into their inner workings of this "Cyber lynching gang". I believe the Court will be shocked at the ferocity and organization of the "MWOP Community". I am also hoping that after reviewing the information that the Court would refer this case to the local Prosecutor and/or Attorney General of the State of Minnesota for review and possible prosecution. I am hoping that in doing this that the Court will be able to protect any further damage to Jennifer McKinney's family/business and perhaps allow her to build up her business once again. Based on my own personal observations I think the following Minnesota Statutes would apply:

   A.  Statute 609.749 (Stalking)
      1. Subdivision 1
         -Subd 1a
         -Subd 1b
      2. Subdivision 2
         -Subd 1
         -Subd 2
      3. Subdivision 5
         -Subd 5a
         -Subd 5b
   B.  Statute 609.765 (Criminal Defamation)
      1. Subdivision 1
      2. Subdivision 2

**6).** The detailed organization of MWOP is simply astounding. There is absolutely no way I can reference everything in this document. I can't even begin to imagine how large & complex such an endeavor would encompass. This documentation is just the tip of the iceberg. I've only gone through a few threads.  This bullying goes on 24 hours a day, 7 days a week and has gone on for several years now.  My goal is to give an overview of the site and some examples of a few "cyber-attacks/spin" and also recollections of what I have personally witnessed on line. In doing this I am hoping that the Court will then look at any correspondences from the MWOP group with a critical eye and give no weight to their words, but rather

2

intervene and stop this Cyber "lynch mob" in its tracks. The "spin & slander" of these examples showcase how each and every Jennifer McKinney subject is addressed by MWOP.

## MCKMAMA WITHOUT PITY WEBSITE (MWOPBLOG.COM)

**7).** This site is devoted solely to Jennifer McKinney & her family.

    A. Sitemeter states they have over 5 million "hits" to their site.

    B. Has 54 "joined" members. (Not reflective of true total number, merely those who have "officially" joined).

    C. I have provided some screen shots at the reaction on the site when they crossed the 5 million mark on 1-25-2012. They are obviously higher now.

**PLEASE SEE**.........................................................................................................................**EXHIBIT B**

**8).** Quick sample cursory of "screen names" used by "posters". There are more, I only went through a couple of "threads" to attain this sampling. Most of the screen names have meaning to people that have read Jennifer's blog. Of course as can be seen, the screen names chosen are degrading to Jennifer. I believe these "screen names" in and of itself showcase what they are all about, their motives and the caliber of these people:

    A. MWoP Anja (The sites moderator)

    B. MckMunchausen by Proxy, My comments in no way represent my employer

    C. MckFuckingToolsOnParade

    D. MckUglyInsideAndOut

    E. MckMuffinTop

    F. The_Dollar MckManiacs

    G. MckMunchausen by Proxy, My comments in no way represent my employer

    H. Flawed like a Fucking Onion

    I. HideYoGoatsHideYoBoobies, (How 'ya like my "wrack" ladies?)

    J. IzzardGizzard

    K. mckrooster

    L. realklassy

    M. MckNoMansLand

    N. MckSicko

    O. MckMama_undermyskin

    P. SpoiledMckYogurtParfait

    Q. GoatHunks

    R. Pale Spot, I'm a pale spot, out of place in a sea of beautiful black.

    S. MckMothering Hero, Experienced fitness expert since like, yesterday

    T. RocketGoodCredit

    U. SquattingGoat, Formerly known as SparklyEyes.

V.  JustKeepBaitingBaitingBaiting

W.  MckNutJob

X.  MckFly_ME_ToAfrica

Y.  MckGone

Z.  IllPassOnThePassword

Z2.  Siuan

Z3.  Imstilljennyfromtheblock

Z4.  Chickin, Goats & Lies! Oh MY!, Frmly mck backfat, Unicorn Rainbow Crap

Z5.  McKash

Z6.  IActuallyNurse

Z7.  MyInnerSnark

Z8.  FormerMinnesotan, the SHOOT! has hit the fan

Z9.  fauxdoctor

Z10.  september29

Z11.  My_Arse_is_Climate_Controlled

Z12.  MckNutJob

Z13.  TwoTrips

Z14.  library_fiend

Z15.  SweetFancyJerkwad

Z16.  FullOfSteelCutOatAndGoat

Z17.  lalala_registered

Z18.  blogblivious

Z19.  bsbusinessowner

Z20.  Scrooge MckMama, formerly Anonymous_900 and Rainbows...

Z21.  PinocchiosNose

Z22.  Personal Failure

Z23.  GrammyCA, Jelus? Nope.

Z24.  theanastasiabeaverhausen

Z25.  RocketGoodDeleteFinger

Z26.  dirtyclothes

Z27.  ImsogoodImRocketGood

Z28.  mckepicfail

Z29.  MyTwinsArentIrish

Z30.  ChibMcNugget

Z30.  justakitten

Z31.  sittingonmyhelipad

Z32.  DucksLikeRain

Z33.  MckWhiplash

Z34.  PayMe2LuvU

Z35.  FarmGirlDoingWithoutChipotle

Z36.  TheOriginalJJ, "You're just eifersüchtig!"

Z37.  SaveKitty

Z38.  Monkey_toed_workout_shoes

Z39.  Settling For Infamous, since she couldn't quite make famous . . .

Z40.  CopAsquat

Z41.  ConsistentlyInconsistent2

Z42.  MckHillbilly

Z43.  wagmore mom, like a train-wreck, I just can't stop looking.

Z44.  Dr_Google_MckGoat

Z45.  Saint_Chipotle, Because you know she's prayin' about a new location...

Z46.  Lien On Me, Running from the IRS since 2007

Z47.  MyAlterEgoNoBlog

Z48.  justalurker

Z49.  TheFauxrmAtHorseheadFake

Z50.  DiaperedGoats

Z51.  MckSocialistChicken

Z52.  library_fiend

Z53.  lalala_registered

Z54.  mckgarbagesale

Z55.  SquatAholic

Z56.  Nutsomisunderstood

Z57.  StuffedAnimalSmallGroup

Z58.  poopteabag

Z59.  MckStupp

Z60.  mcknobody

Z61.  HOLY FIVE FINGER GOAT DIAPERS!

Z62.  MyManySmallBankruptcies

Z63.  MckLovinMyBankruptcy

Z64.  CrazyLyingCatLady

Z65.  SpendAllTheMoney

Z66.  Rocket good farmer

Z67.  NotALyingJen

Z68.  MckFreeDaycare

Z69.  WhatUpWhiteDog

Z70.  ClickityClackMOO

Z71.  RVThereYet

Z72.  Delete_Ignore_Deflect_Repeat

Z73.  reginaphalange

Z74.  RoyalGoatInhaler

Z75.  EwBlahYuck

Z76. midwest_mom, Motherhood is *more* than just popping out babies

Z77. Dont_Lookatmysooperseekritblog

Z78. mcknobody

Z79. MckBatShitCrazy

Z80. Squatting_Gives_Me_Tendonitis, I've squatted and I can't get up!

Z81. MckFreeGymDaycare

Z82. MckCrazySauce

Z83. Corporatewhore

Z84. Roobii

**9).** Once on the site, to the right there are then 77 "Jennifer McKinney" categories by which you click on and takes one to information and/or postings about that particular subject.  It would be one thing if the site just stated the facts, but this is not the case. Each subject matter is presented in a defamatory & inflammatory fashion. On top of that outright lies are interjected to give the reader a negative impression about Jennifer & Israel McKinney. Each separate posting can have upwards of 1,900 comments per MWOP "post". The first section "MckMama Links" is a round-a-bout way to take a reader to Jennifer McKinney's links without giving her a "click" thereby lowering her revenue. The rest are done to leave the reader with a negative & a skewed impression of Mrs. McKinney with the intention to drive away blog readers/sponsors/charities/affiliates etc.  As a matter of fact the MWOP community has directly contacted blog readers/sponsors/charities/affiliates with the sole intention of slandering Jennifer McKinney, which has caused her a loss in affiliations, sponsors & blog readers.

## MWOP CATEGORIES

**10).**   A. *MckMama Links*:

1). Read Without Giving A Click

2). Comments Feed

3). MckDeals Feed

4). MckLoves Feed

5). Twitter Feed

6). Facebook: MckMama

7). Facebook: MckDeals

8). Vimeo

9). Yelp Reviews

(scroll down to filtered reviews)

10). BlogFrog Chats & Discussions (PDF files of live chats)

11). MckMama Newsletters

12). Deleted Posts

13). Deleted Facebook

B. <u>MckMama in the News</u>

**11).** <u>Interviews with MckMama</u> (16 links)

C. Many MckHospital Visits
15). A Medical Timeline (60 incidents sited)

D. Many MckMoney Messes
16). A Financial Timeline (44 notations)
17). Bankruptcy: Notice of Filing
18). Bankruptcy: The Filing
19). Bankruptcy: The Assets
20). Bankruptcy: The Liabilities
21). Bankruptcy: Income and Expenses
22). Bankruptcy: Misc. Financial
23). Bankruptcy: Correspondence
24). Bankruptcy Law: Discharge
25). Bankruptcy: Means Test Calculation
26). Bankruptcy: Errors and Omissions

E. Why We're Here
27). In the Beginning (12 notations)
28). Using Sick Kids as Bait (3 notations)
29). Domestic Violence Part I
30). Domestic Violence Part II
31). MckMama Gives Financial Advice
32). Taking Down Ads: Susan G. Komen
33). The House That "Burned Down"
34). Focus on the Family Cuts Ties
35). Click, Click, Click
36). About That Dress
37). Craigslist and the Blue Aveo
38). Plagiarism I
39). Plagiarism II
40). Ads (3 topics)
41). Bait (1 topic)
42). Bankruptcy
43). BlogHer
44). CI
45). Clicks
46). ContractForDeed

47). Debt

48). DomesticViolence

49). Fauxtography

50). Finances

51). FocusOnTheFamily

52). Foreclosure

53). GHNI

54). Giveaways

55). Homophobia

56). Hospital

57). IRS

58). Jealousy

59). KittyCone

60). Lien 49). Lies

61). Manipulation

62). Marriage

63). MckDeals

64). MckNomading

65). MWOP

66). Password Posts

67). Plagiarism

68). Repossession

69). Roobii

70). Spin

71). Submission

72). Unprofessional

73). Visitors

74). Weekly Reviews

75). Weight

76). Loss

77). Yelp

**PLEASE SEE SCREEN SHOTS OF MWOP CATEGORIES...............................................................EXHIBIT C**

**12).** Since the MWOP blog has received over 5 million hits to date on their blog it occurred to me that there may be a financial motive behind their cyber-attacks on Jennifer McKinney. Quoting a letter to the Court dated 1-4-2012 from one of their people and featured on their web site, I found this particular passage interesting: "This blog receives over 60,000 hits per week (per Jennifer's admission) Based on that figure, knowing that Google pays around $3 for every thousand hits, she is making approximately $720 per month on that blog alone……."

I would think that the same "formula" applies to the MWOP blog which has over 5 million hits. Clearly someone is making money off of this site. Since it is clear that Jennifer's numbers have dropped and MWOP's have increased, I believe it is a reasonable question to wonder if one of the driving forces behind the MWOP site is not only to drive Jennifer McKinney's blog into the ground, but for their own "financial gain". The latest statistics from Alexa.com (internationally recognized site that collects data on browsing behavior) shows increases for MWOP and decreases for mycharmingkids.net. After all based on their quoted "formula" their site has over 5 million hits, how much is their site worth? Which in turn then lends credence to the argument:  that the more "drama & scandal" they can create over Jennifer McKinney translates to more money for them.  After all, they are riding on Jennifer McKinney's coat tails; they are in fact her "hater blog".

**PLEASE SEE....................................................................................................................EXHIBIT D**

## EXAMPLES OF MWOP CYBER ATTACKS

**13).** I've chosen a few topics to showcase that are more current or easily accessible. The "slant" presented in these samplings is indicative of what goes on every day, regardless of the topic/category. The reason I did that was because of the sheer volume I would have had to gone through if I chose to pick out another topic to discuss that is older. I would literally have to go through tens of thousands of posts to focus in on anyone topic. It was just much easier to zero in on whatever MWOP's focus was at the moment I started writing this letter.

**14).** _STELLAN MCKINNEY'S RECENT HOSPITALIZATION_

According to Jennifer McKinney's Facebook page/blog the following took place:

1-11-2012 Stellan McKinney was admitted to the hospital with fever, lethargy, low O2 levels, poor perfusion & a dusky color to his skin. He was diagnosed with pneumonia. Treatment consisted of: Anti-biotics, IV fluid, labs, breathing treatments. He was released on 1-13-2012.

**PLEASE SEE MCKINNEY'S FACEBOOK & BLOG POSTINGS..........................................................EXHIBIT E**

**15).** _QUICK REVIEW OF SAMPLING OF MWOP'S POSTINGS REFERENCING JENNIFER MCKINNEY ON STELLAN'S HOSPITAL ADMISSION:_

    A.  Jennifer was hoping for Stellan to get sick again.
    B.  Jennifer "picked" Stellan to get sick because she knew it would generate the most alarm/concern with her blog readers given his medical history.
    C.  Jennifer is salivating at the idea that Stellan could have a chronic illness.
    D.  $tellan
    E.  Jennifer is giddy at the prospect of Stellan having diabetes.
    F.  The McKinney's aren't responsible enough to care for a diabetic child.
    G.  Jennifer is "asking" that Stellan has diabetes.
    H.  Jennifer is putting sugar packets into Stellan's juice to raise his blood sugar levels (while

he's inpatient at the hospital).

   I. Jennifer picked "diabetes" for clicks because it's now "trending on Yahoo".

   J. Jennifer is disappointed because Stellan doesn't have diabetes.

   K. Jennifer makes a conscious decision to ignore how sick her kids are so that she can then post about the "sickness" for a boost of "clicks" on her blog & Facebook.

   L. Allows her kids to get sick because she's lazy.

   M. Stellan's not sick at all. She's at home making the whole thing up to deflect from her bankruptcy proceedings.

   N. Denies her sick children medical care until they are in serious condition.

   O. Her children could die as a result of this neglect.

   P. Sick children are Jennifer's bread and butter.

   Q. Jennifer was clenching her teeth when she posted that Stellan didn't have diabetes. She was upset that she wouldn't be receiving gift cards/ hotel stays or chocolate milk.

   R. Jennifer didn't post a picture of Stellan in the hospital because he's not there.

   S. Someone should call one of the 3 hospitals near Parker's Prairie to see if Stellan is really in the hospital.

   T. They pray that Jennifer won't hurt any of her kids when she "can't get out of it".

   U. Stellan will go back to being ignored at home since he didn't earn his mama any "big pay dirt" this time around.

   V. Jennifer's a maniac.

   W. The hospital needs to release Stellan and admit his lunatic mother.

   X. Jennifer's Bi-polar and has Munchhausen's Syndrome.

**MWOP POSTINGS ON STELLAN'S HOSPITAL ADMISSION-PNEUMONIA......................................EXHIBIT F**

**16).** *NEGATIVE POSTINGS ON JENNIFER'S BLOG ABOUT STELLAN'S ADMISSION TO HOSPITAL*

   A. Someone listed as "Molly" posted on Jennifer's blog on 1-12-2012:
      "I just saw you Jennifer-small world isn't it? I can't believe you are lying about your sick child. Honestly, I really hope you get mental help for yourself soon".

   B. Tina reacts to Molly's posting and says January 12, 2012 at 3:32 pm:
      "She needs something to draw attention AWAY from her current $ issues. I really hope this isn't just a sick joke to draw attention away from the real issues. Considering she's always posted pics of him in the hospital before, I'm shocked actually that she hasn't posted a play-by-play of pictures".

   C. Amanda responds to Molly's posting on January 12, 2012 at 5:13pm:
      "The real question is why Jennifer would allow that comment through in the first place? Normally she wouldn't post (or letter her 'admins') post such a dissenting comment. You don't think it's because she wants to stir the pot do you?"

    D.  Michele says: January 12, 2012 at 6:10 pm

        "I totally agree with you, and I really hope that it isn't true…."

    E.  Jennifer's blog readers then start posting responses in support.

    F.  MWOP "Flagurl74 & tragically ACCURATE" then repost Molly's statement on MWOP.

**PLEASE SEE**.......................................................................................................................**EXHIBIT G**

## MWOP & CPS

**17).** It is my understanding that MWOP has called CPS on the McKinney's in the past. The McKinney's themselves will have to provide the Court with that documentation. In the last several weeks MWOP is bringing up CPS again, which I find beyond disheartening. Statements such as: "CPS has been contacted. So I don't think the kids being removed is too far out there". "If someone in MN has pull with CPS and can make a valid claim with CPS then they should". "I'm certain the nurse would be intrigued by "A Medical Timeline" found in the right sidebar". Also, "Maybe the kids are on their way to their new homes and their mother thought it best to make them more presentable". Samplings of recent postings on mwop.blog.com:

**PLEASE SEE**.......................................................................................................................**EXHIBIT H**

## MWOP CONTACTS AFFILIATIONS OF JENNIFER MCKINNEY

**18).** The MWOP community contacts people and organizations affiliated with Jennifer McKinney with the intents of taking away business. It would just take too much time to go through all the links to track down the posts to showcase them all right now. I'm sure Jennifer McKinney could do that rather easily for the Court. She would have direct emails/correspondence from the parties involved. I am providing a few screens shots of MWOP postings for examples. It is my understanding that after MWOP contacted the following organizations that Jennifer lost business and/or affiliations/public affiliations: Compassion International, Focus on the Family, BlogHer, offbeatmama.com, and many ads. Jennifer recently started wearing "Vibrams" a foot wear product. Jennifer stated on her blog and Facebook recently that she had some foot issues and tried different sneakers and settled with "Vibrams". There were a couple of statements on the MWOP blog stating they were going to contact "Vibrams" just in case she may be affiliated with them in any way. On top of that, they contacted the IRS. These few listings are just the tip of the iceberg. I'm certain once again Jennifer McKinney could provide the Court with much more documentation of all the damage that has been done to her blog business. Of course the damage can be seen by the financial data provided to the Court of the drop in Jennifer McKinney's revenue, I'm sure that if the Court doesn't intervene next year's earnings will be even lower.

        2010   $ 174,262.00 Jennifer McKinney earnings

        2011   $  55,000.00 Jennifer McKinney earnings

**PLEASE SEE**.......................................................................................................................**EXHIBIT I**

## THE LANDLORD

**19).** On January 20, 2012 Jennifer McKinney took to her Facebook page to deal with the deluge of misinformation & slander that was coming from the MWOP blog site in regards to the "Landlord". situation". This was atypical. Several months ago, Mrs. McKinney had started a new policy of "blocking" people on her Facebook page that harass her some months back. It was just a horrible situation with people coming into the page all the time and just being awful, and changing the whole atmosphere of her Facebook page, as well as her blog. She made a statement to the fact that "you should save your drama for your Mama" on her Facebook and that's when the blocking started. But because of the magnitude of the deluge on January 20, 2012 with the problem with a bug infestation at her home and the slander that was in overdrive, it appeared as if she thought she better address the issue. Jennifer talked and answered questions on Facebook from 1:48 a.m. to 3:44 a.m. Jennifer made the following statements on Facebook in regards to the "landlord" situation:

A. Our housing is secure.

B. It's many degrees below zero here; we couldn't even survive in a home with no heat. I didn't know you thought that. I'm sorry you were worried"!

C. "Yes we DO have heat in our home. Sorry to have upset you. You are very sweet to care about us."

D. "We have paid rent, Katie, and we aren't legal going to be able to be evicted. We've paid rent every single month we have lived here. The notion that we haven't simply isn't accurate".

E. "Yes, the bugs are real. Our landlord seems to not believe they are, but the bugs are definitely here. We have had exterminators over and samplings of the bugs are currently being test at the University of Minnesota to determine exactly what they are. In addition, he sent a health inspector to the home (something I had tried to do but haven't been successful at, actually!) and she saw the problem, saw the bugs and will be reporting her findings. I don't think he wants to believe it. And neither do we, but it's true. Unfortunately, his stance is that we are scamming him, (we are not and we are trying hard to find a way to resolve this that is fair to everyone).

F. "...the bugs are being tested by a bug doctor (yes, really!). Some things I do like to keep to myself anyway, but in this case, I chose not to share until we knew more concrete things. If my sharing just part of the story bothered you, please accept my apology. That isn't what I wanted it to be: bothersome."

G. "Well, we legally can't be evicted, Lori, so that's probably why we're not freaking out. But we mostly likely will eventually (sooner, later? not sure) use this in a catalyst to move on. Once things are fair for everyone and the bug situation is gone, we may. But we won't be able to be evicted".

Etc. etc. etc. I am providing the Court with the screenshots of that night. The Court can read the entire thread for additional information.

Two people on the Facebook page said one thing after the other to Jennifer that was consistent with being a MWOP participant. Their "names" that night were: Katie Reinlin Hayes and Kristyn Leigh. Upon clicking on their names it seems to suggest that these are fake screen names. Screen shots are included in the next exhibit that showcases this. The usually pattern is then for other "fake screen names" to "like" the fake screen names comment.

**PLEASE SEE**………………………………………………………………………………………..…………….EXHIBIT J

## MWOP POSTINGS ON "THE LANDLORD" SITUATION

**20).** The following comments are from MWOP's blog in regards to the bugs/landlord situation. I believe that it is because of these postings that Jennifer felt the need to come on Facebook to explain things and answer questions. Sample of comments:

A. "You are a poor excuse for a mother"

B. "I would NEVER wish a parent to lose their children, but in this case……."

C. "I hope your husband decides to leave you……and he takes those kids when he goes".

D. "I would do anything, ANYTHING to spare my children from being homeless, hungry or cold"

E. "What is he going to think when he gets his house back in shambles"

F. "Losers. Posers. Scammers. Thieves. Liars".

G. "……that Cher son that had "gypsies, tramps and thieves" in it".

H. "….I don't believe for one second they ever had a bug problem….."

I. "……they're spending so much time out of the house because they don't want to pay the gas bill".

J. "Lousy, no good sons of bitches. My heart is breaking for their children".

K. "…..Now it sounds like no heat either? As a mother, I can't comprehend allowing this to happen".

L. "She is scum. Nasty, black, mildew, moldy scum from the bottom of a nasty shower in an……."

M. "they are Scammy McScum, they are shirking on the last few months' rent & claiming bed bugs".

N. "…Please help the scumbag Jennifer McKinney take off her monkey shoes & pay the rent".

O. "…infested it with bedbugs, never paid her rent……She's a FREEGAN".

P. "Ironic that she is pretty much SQUATTING in the farm house".

Q. "Pray that 1 of these mysterious medical procedure left them w/o the option for more children".

R. "I pray that Jenn shuts down her blog".

S. "….the court will remove them & ALL of their belongings & place them OUTSIDE".

T. "They are truly, TRULY grifters".

U. "They are con men and have no conscience".

V. "Jennifer won't back out. She'll be in Africa while her family is homeless".

W. "What if Stellan did NOT have pneumonia and that was a ploy for the BK trustee and the court".

Y. "......if it is some major type of mental illness, alcohol or drug abuse, all, or what?"

Z. "I think she has a personality disorder........"

Z1. "....and that is by abusing drugs. Whether they be illegal drugs or legal narcotics....."

Z2. "A lying liar who lies". "A scheming schemer who schemes"

Z3. "Someone please take these children and give them stability".

Z4. "STOP FUCKING OVER EVERY SINGLE PERSON WHO HELPS YOU! YOU ARE A LEECH!"

Z5. "Lose all the weight you want, you will ALWAYS be a DISGUSTING PIG"!

Z6. "The goats will be dumped back to the goat farmer.....The cats & Roobii, the pound".

Z7. "The chicken? KFC, Popeyes or Zaxbys".

Z8. "Why hasn't Child Protective Services taken action?"

Z9. "I had never thought that anything she did was worthy of CPS action but now I am beginning......"

Z10. "I'll say it again: DRUGS."

Z11. "She can't adequately care for her children".

Z12. "She is trash. Trash. Trash. Trash."

Z13. "It's a shame that NO ONE in her family is willing to help those children have a better home life."

Z14. "I don't truly believe she is homeschooling...."

Z15. "homeschool" is to cover up for what she KNOWS she will be turned into CPS for."

Z16. "I honestly believe that she is too delusional......"

Z17. "I think IM (Israel McKinney) is gone".

Z18. "I said before she is on the Divorce/Separation Diet."

Z19. "Is there any chance Icky (Israel McKinney) is in prison?"

Z20. "I have seen DCF/CPS take children from parents for a lot less than this."

Z21. "She DID cut back she cut of $550/month for housing and at least $200/month on heating.."

Z22. "She's a MckSquater".

**PLEASE SEE**…………………………………………………………………………………………….………………**EXHIBIT K**

## GOLDEN TICKETS

**21).** Since Jennifer has started blocking people on her Facebook & blog page the MWOP's have openly discussed how to Crash her Facebook page.

   A. They create fake "personas" of which they refer to as "Golden Tickets". I guess it would be asking too much to just leave her alone.

   B. They welcome each "persona" to the "banned camp", then they just create another false account.

   C. They joke about how Jennifer & her husband are "sleeping in shifts" to keep an eye out for the Sherriff who is coming to evict them as well as their "fingers wearing out" trying to keep up with all the "deleting" they have to do.

   D. They post screen shots or quotes from things they write on Facebook all the while making fun on how fast it will be deleted.

   E. They coach each other on how to get around "tagged posts" on Facebook, i.e. if you want to write Something and not have it deleted right away, just put spaces in between the word, for example: e v i c t i o n

   F. If you want to put up a link on her page that will lead to something negative about her, write out: dot and slash etc. to get the link in.

   G. Send direct messages to her followers on Facebook with negative links.

In addition to that I found it necessary for the first time since I've been on Facebook to start "blocking" these harsh/and/or fake personas. I believe I've blocked over 150 of them. I decided to do that after I got reported for "abuse" on Facebook for posting the links to the Minnesota Cyber/Bully Laws. I can't even begin to imagine how many people Jennifer McKinney has had to block, after all, I'm just a visitor to her page and my number seems rather high.

**PLEASE SEE**……………………………………………………………………………………………………………..……...**EXHIBIT L**

## YOUTUBE "PARODIES"

**22).** Twenty one different video's have been made and uploaded to youtube. All are meant to ridicule and mock Jennifer McKinney.

   A. All uploaded by "ishallsnarkyou" from 9-25-2010 to 10-3-2010
      using: Xtranormal Movie Maker

   B. Breakdown of video's & authors:
      1. <u>Crzygal</u>:
         a. MANY WONDERFULLY OPINIONATED PEOPLE
         b. OH MY WORD!
         c. BEHIND THE MCSCENES
         d. MCKEXPLANATIONS

2.  ishallsnarkyou:
   a. Mckmama reveals what is really important

3. lamanacita:
   a. M.R. MAMA

4. Pudel:
   a. Mck Mama Rap
   b. SKUNK NEWS-MCKINKY INTERVIEW

5. IhazMckMamaLove:
   a. MCKMAMA – A MESSAGE FROM THE QUEEN
   b. MCKMAMA'S LARRY KING LIVE INTERVIEW

6. JENAK:
   a. STREAM OF CRAZINESS BY MCKMAMA
   b. A LIQUID GOLD DELIVERY.

7. MCKMAMAMOOV:
   a. JESUS LOVES MCKMAMA

8. THATSHOWIROLL:
   a. MCKMAMA COOKS...ER, OPENS CANS
   b. ARRESTED FOR BEING A NAYSAYER

9. CARPEDIEMGIRL077:
   a. Yet another interview....

10. Estrelleta:
   a. MCK AT THE PARK

11. kbmom303:
   a. Mckmama answers MWOP's Questions

12. DonnaGO:
   a. MCK ADDRESSING THE NAYSAYERS

13. violet13:
   a. MCKMAMA AND HER FRIEND

14. (Doesn't say who made this one):
   a. A conversation with Mckmama

Some screen shots I was lucky enough to capture just being on the MWOP blog when I was doing research shows a few of the people on that blog taking credit for the "parodies":
   A.  GoodOldGeorgie
   B.  kristene5150 (screen name on MWOP blog) name on the youtube video is JENAK.
   C. Tragically ACCURATE
**PLEASE SEE…………………………………………………………………………………………………………..EXHIBIT M**

## MWOP RANDOM-POSTING STATS

**23).** I took some random screen shots of some the MWOP'S posting stats to show the Court just how active & over the top this group of Cyber-bullies are. These stats are over a week old, so they will be higher than what is shown. Also if someone changed their screen name, their actual tally would be higher.

A. TheOriginalJJ – **1,022 posts**

B. imstilljennfromtheblock – **1,039 posts**

C. justakitten – **1,097 posts**

D. Pale Spot I'm a pale spot, out of place in a sea of black – **1,108 posts**

E. CleaverUalumni – **1,114 posts**

F. MckHillbilly – **1,367 posts**

G. MckMunchausen by Proxy – **1,387 posts**

H. DreamALittleDream – **1,446 posts**

I. lalala-registered – **1,455 posts**

J. MWoP Anja – **1,497 posts (site moderator)**

K. EwBlahYuck – **1673 posts**

L. sittingonmyhelipad stats – **1,949 posts**

M. Tragically ACCURATE – **2,142 posts**

N. GrammtCA, Jelus Nope – **2,202 posts**

O. MyInnerSnark – **2,266 posts**

P. MckMothering Hero – **3,699 posts**

Q. Chicken, goats & Lies! Oh My! – **4,155 posts**

Also of note one of their most active members "Roobii" went incognito, cancelled her account, supposedly "went into hiding" only to reappear on January 30, 2012. So her stats are definitely not accounted for.

**PLEASE SEE…………………………………………………………………………………………………………………………EXHIBIT N**

## MRS. NIKKI SPINELLI

**24).** A short while ago when I was on Jennifer McKinney's Facebook page someone came onto the page and posted a link for http://nikkis.insanejournal.com/. Well, I clicked on it and it took me to a page in which "Mrs. Nikki Spinelli" was journaling about her life. What was so creepy about the whole thing is that she posted pictures of Jennifer McKinney's children as her own. It appears to be a "fantasy page". Sure enough on the MWOP blog the same thing was being posted. What are the chances of someone just running across this "insane journal" and then posting links to the site? It was obvious who was involved. On the site the children's names are listed as follows with Jennifer McKinney's children's pictures:

A. Wyatt Adrian (picture of Kieran McKinney).

B. Weston Paul (picture of Cullen McKinney).

C. Piper Brynn (picture of Maise McKinney).

D. Parker Samuel (picture of Stellan McKinney).

**PLEASE SEE**…………………………………………………………………………………………………………**EXHIBIT O**

## MAJOR NETWORKS

**25).** Recently there were posts on the MWOP blog claiming that "major networks" are getting interested In this story. The following statements were made:

    A. Michele S.  states:

        1. "I would watch the major networks if I were you, *wink wink*

        2. "Trust me when I say that there are people in the media, the REAL media, poking around".

        3. "Ha ha ha. I can say no more. But reporters are snooping around. Think national".

    B. Other posters join in and start to imagine what it would be like for Jennifer McKinney if 60 Minutes, Keith Morrison, Dateline and Chris Hanson shows up and does a story on "corrupt Mommy Bloggers" LOL!

**PLEASE SEE**………………………………………………………………………………………………..….…..**EXHIBIT P**

## RANDOM ATTACKS/SNIPES

**26).** In no particular order I am chronicling a few "random jabs" at Jennifer McKinney that I found in just the few threads I went through for this documentation. Current posts:

    A.  "And just think, in a little over a month she will be in Africa helping the "poorest of the poor".

    B. "Um, sweetie, you're not far off from that category yourself. People are going to be sponsoring YOUR children, traveling to gawk and take pictures of YOUR family……"

    C. "Going to a shelter will get you bumped up on the Sec 8 list, but a family of that size would most likely be housed in a hotel".

    D. ""More like motel. Seedy motel. Likely to make the bedbugs seem like sweet pets".

    E. "I think we should make Jenny a deal. Get everything ready for the BK person, which we all know is a MAJOR list, and dangle it in front of MckTwit for a swap. She gives up blogging and all social media, internet, etc and we "drop the case against her and go away. Like, for real".

    F. Kristen Patterson Trowbridge posted on Facebook: "Just one question: Will running ball-first help prevent some of the fat jiggle that occurs when running?"

    G. A post about Cullen McKinney being the forgotten child.

    H. A random tweet sent to Jennifer McKinney's father: "I'm not going to cuss at you @jack0063 but I want you to know that it is your job as a grandfather to protect those kids. Make it happen".

    I. "She must have some more time on her hands lately. She's back to Photo-shopping the unibrow". (MWOP's) claim that Jennifer Photoshop's her young daughter's eyebrows.

    J. Notice posted by Anja the moderator on MWOP that: "If you are the reader who created a fake Twitter account today and started impersonating a certain Mckmama reader with the initials of SL, please close this Twitter account and/or stop posting these Tweets………"

    K. "I would think the courts could make her sell her domans for $ 6,000.00 each…….."

    L. "I've been on here less than half an hour. In that time, her fb "likes" have dropped from 10,909 to 10,823-almost 100!"

M. "If I knew exactly where she lived, I would call Child Services. Daily. Flipping freak."

N. "Her address was disclosed here. She's in Parkers Prairie. She is on public assistance, so they will have her info."

O. "That's a pretty strong statement of fact, Roobii. Are you sure they're on Public Assistance? Medicaid for their healthcare needs I can see". (Please note that "guest #2 in the post is talking to "Roobii"; currently under the guise of "guest #1 in the post).

P. "Edited because I'm deleting anything I've said about disputing her BK".

Q. "Not being snarky here. I see one of them in prison in 5 years".

R. "Let me know when you think a drive by her father's house would be in order."

S. "………..I really would not trust her around her kids. At all. I wouldn't even trust her around the animals at this point. I really hope she doesn't go off the deep end, but the more information becomes available on her, the more I think this will not end well for those kids. I just hope she doesn't do anything crazy to them".

**PLEASE SEE**……………………………………………………………………………………………………………………**EXHIBIT Q**

## TWITTER ATTACKS

**27).** There are some twitter accounts that send vile twitters to Jennifer's twitter account. Surely this is not good for her business. But there is one that stands out and that is @SnarkAlotAlot. I took screen shots of her twitters going back to December 1, 2011. That alone is a deluge. I followed the account and it started on May 3, 2011. Just counting the rancid tweets between 12-1-2011 to 1-29-2012:

### *ONE HUNDRED AND FORTY NINE TWEETS* *

That leaves 7 months that I didn't even count. I'm not even going to quote any of her tweets. They are simply disgusting and the Court can read them at will.

**PLEASE SEE**……………………………………………………………………………………………………………………**EXHIBIT R**

## HARASSMENT OF MYSELF

**28).** A few years ago I started to notice that more and more negative and inflammatory comments were being left on Jennifer's blog & Facebook. Eventually I clicked around until I found the hater blog and read what they had to say. It didn't take me long to realize that what these ladies were doing was just plain wrong. Their "evidence" was just slant & nastiness. I just ignored it all. But the onslaught got worse. I guess what finally turned the page for me was the realization that CPS had been called on Jennifer McKinney. I started to take a more vocal stand when the bullies would come into the room. I was quickly targeted verbally. I still held my ground but became unnerved one evening while on Facebook when one of the bullies stated that they had tracked down my phone number. I backed off for a while but yet again things seemed to grow worse with the passage of time. The whole atmosphere of Jennifer's blog & Facebook page had changed. It was no longer pleasant and really was quite awful. For months and months on end the deluge of nastiness would mostly play out on Jennifer's Facebook page, since it was in real time as opposed to her blog where people just checked in and left a comment. With the increase in bullying of Jennifer I once again started to speak up more vocally. Once again I was targeted. I am

slandered on the MWOP page pretty much regularly. Of which I do not care.  I have also found comments left a few other places which are derogatory in nature to me.  But mostly it is on the MWOP blog. I'm being targeted because I support Jennifer McKinney and stand up to them.

I started to receive "friend requests" on Facebook from people I didn't know. I live a very private life and this was unusual. I would click on the name and it was apparent that they were "fake" accounts. My feeling on the subject was that these people were hoping to access my private Facebook page to get information about me. I would respond to the request with a "do I know you from somewhere" type question. With that it was usually the end of it. I did notice however in the last month or so more requests than usual. On top of that I feel like a "message" was being sent to me to back off and try to unnerve me in my support of Jennifer. I'm going to zero in on two requests in the last month that stood out.

## They let me know that they have my address

**29).**A.  I got a friend request from a Stacy Lunkmark Glass on Facebook, and I responded with my
   Usual: "Do I know you"?

   B.  She responded that she used to be a neighbor of mine on Veteran Hill Road, which is my street.

   C. I knew she wasn't my neighbor so I responded with "security questions". She promptly blocked
      me from seeing her on Facebook anymore. But by that time I had already gotten the information
      that I needed.

   D. I then proceeded to find a comment that she had left on a blog in regards to Jennifer McKinney.
      The blog was: "Triplets Plus One = Four Times The Fun". Stacy Lunkmark Glass had commented on
      a posting by "Michele S" the sites author which was about Jennifer McKinney. The title of the
      post was: "Lunatic Watch 2012: The Crazy Train is Leaving the Station".  Which was a derogatory
post about Jennifer McKinney.
Obviously, Stacy Lunkmark Glass was never my neighbor and surely didn't want to be my friend.

**PLEASE SEE**…..……………………………………………………………………………………………………………..EXHIBIT S

**30).** A. I got another friend request from a "Jennifer Crewe". The exchange seemed pleasant enough.
      But I knew something was up. Sure enough I found that Jenifer Crewe was an "official" member
      on the MWOP blog.

   B. As you can see from the conversation she states:

      1. She sees me posting on Jennifer's blog, states we are similar ages and that she often agrees
         with my comments. She also goes on to say that "I think we see the world from older eyes".
         I declined the request politely.

   C. Jennifer Crewe's Facebook page lists her as living in Busselton, Western Australia.

   D. Her Facebook page also lists her own personal blog as: http://jen-lifeintheretiredlane.blogspot.

   E. Jennifer Crewe's MWOP page also lists her home in Busselton, Western Australia as well as the
      same personal blog: http://jen-lifeintheretiredlane.blogspot.
Obviously Jennifer Crewe didn't try to "friend me" because she often "agrees with my comments" etc.

**PLEASE SEE**…..……………………………………………………………………………………………………………….EXHIBIT T

I would like to state for the record that I have never contacted anyone from the "other side" except for one email I sent to the MWOP moderator. I used my own name, it was polite.

## JENNIFER MCKINNEY'S BLOG

**31).** I would like to take this time to present to the Court Jennifer McKinney's blog.

    A. It is a family oriented blog. Jennifer loves her family.

    B. Jennifer shares stories of her children, pets, and husband.

    C. Jennifer earned income by blogging & being a photographer.

    D. Jennifer homeschools.

    E. Jennifer has traveled to Africa on missions trips.

    F. A lot of children were "sponsored" through Jennifer's blog when she chronicled her trip with Compassion International.

    G. Jennifer talks about her faith & her love for the Lord.

    H. Jennifer organized an "adopt a village" through her work with GHNI (Global Hope Network International). As a matter of fact 200 of Jennifer's blog readers adopted 2 villages. It's a 5 year plan that will hopefully bring sustainability to the villages:

        1. Ola Nagele in Kenya

        2. Garmaan in Ethiopia

    I. Jennifer makes homemade yogurt, cheese etc.

    L. Jennifer's homes are always beautifully well taken care of.

    M. The McKinney family has pets and farm animals of which they take care of.

Jennifer's blog use to be a very lovely blog. A blog that generated enough money to support her family. As a matter of fact it took care of them all pretty well. But these constant attacks by these Cyber Bullies have really changed things. I'm going to provide the Court with some pictures of the McKinney's latest home of which they just had painted and did plumbing work as well as had bought goats and chickens in the hopes of living a simpler life as well as providing for some of their own food. As the Court will see the McKinney's did a wonderful job on making the home their own and it can be seen quite clearly, the home is in better shape than when they first arrived. This is clearly opposite of what has been posted about them on the hater blog. I had a few pictures colorized but if the court wishes to view all the pictures in color that is available electronically. The characterization of their home is nothing more than slander.

**PLEASE SEE……………………………………………………………………………………………………….…….EXHIBIT U**

### MWOP'S SEXUALIZATION OF THE MCKINNEY CHILDREN

**32).** I think for me the worst thing that MWOP has ever suggested was that Jennifer McKinney sexualizes her children. MWOP has repeatedly stated that Jennifer's use of "little chicken" is a buzz word that pedophiles look for when on the internet. They have claimed that Jennifer purposely makes sure she puts "little chickens" in her posts so that if a pedophile somewhere is doing a Google search for " little chickens" she will get more hits to her site. What they are claiming is that Jennifer McKinney is purposely

trying to attract pedophiles to her site for profit. Well, she has little chickens, so what is she not supposed to talk about them? On top of that when Jennifer posted pictures of the newly hatched chicks, MWOP said they weren't her chicks. I kid you not. When Jennifer posted pictures of her little boys wrestling, she was once again sexualizing the children for more traffic to her site.

More so troubling than that was the MWOP's stance that the posture of little Maise taken standing in the doorway to the kitchen was done "sexually suggestively". I certainly didn't get that impression when looking at little Maise. It boggles my mind that anyone does. I don't recall exactly when that happened. Sometimes things "disappear" from the MWOP site but I have seen the charges that Jennifer "sexualizes" her children numerous times.

**PLEASE SEE**……………………………………………………………………………………………………………………...…EXHIBIT V

## MWOP'S POSTING TODAY

**33).** In the middle of the night last night "Roobii" a lady from MWOP came on the site and announced that Jennifer was getting a divorce. Just like that. Who knows if it's true? If it is a friend stabbed her in the back. The whole post was just so downright nasty and painted Jennifer McKinney in the worst light possible. I can't even stomach reading the "announcement". Can you imagine if it's true? To have the deepest heartache in your life treated like fodder? Jennifer hasn't announced anything.

**PLEASE SEE**……………………………………………………………………………………………………………………….EXHIBIT W

## SUMMARY

**34).** Your Honor I'm asking you to step in here and make a difference in this family's life. Enough is enough. I can't even begin to imagine the emotional and psychological pain that the McKinney family has endured over these last several years at the hands of these Cyber bullies. It is singlehandedly the most severe case of Cyber Harassment that I have ever heard of in my life. As I mentioned in the beginning, I was only giving a "glimpse" of what has been going on. The data I collected is just from a few days. Magnify that by several years and you have a family that has endured enough. Truly their world has been turned upside down and there doesn't seem to be any end in sight. There are 5 beautiful children that need their parents. Little did the McKinney's know that after everything they endured with almost losing their son and the financial chaos that ensued with having a child that was sickly and unstable for the better part of a year, that a much darker trial awaited them. Jennifer's blog took off more than they could have ever dreamed. They upgraded their house and things were looking good. Little did they realize nor could they have foreseen that they would become the target of a group of cyber-thugs that could care less about what they were doing to this young family. The organization of the cyber-attacks is simply stunning. It sickens me.

I came forward Your Honor because I too have been the victim of a bully. My bully was a legal bully, who kept me wrapped up in the Court system for many years. My bully was my husband, who is an Attorney and an Equity Partner in a very large law firm in the State on N.Y.  I ended up having to represent myself in front of the Appellate Division 3rd Department in the State of N.Y. so that I wouldn't lose my home. It was a daunting prospect. I literally delivered my "record" to the Court on a moving dolly. I argued on my

behalf in front of 5 Judges, all by myself. I was up against my husband and the law firm he hired. By the grace of God I prevailed. Given what I have gone through, I surely empathized with the McKinney family and my heart broke for them.

My prayer is that after you review this record that you would forward this case to the local Prosecutor and/or Attorney General for the State of Minnesota for possible prosecution so that this family can get some peace and start to heal.

Unlike the nameless/faceless cyber thugs who hide behind the glow of their monitors, I believe in putting my name behind what I say.

Sincerely,



Barbara J. Malley
899 Veteran Hill Road
Horseheads, NY   14845
barbjmalley@gmail.com