Barbara J. Malley
899 Veteran Hill Road
Horseheads, NY 14845
barbjmalley@gmail.com

Honorable Judge Dennis D. O'Brien
232 Warren Burger Federal Building and U.S. Courthouse
316 North Robert Street
St. Paul, MN  55101

February 14, 2012

RE: Case # 11-61215

Dear Judge O'Brien,

I apologize to the Court for writing once again. However, I felt that it was important to inform Your Honor that a veiled death threat was posted on the MWOP blog on February 10, 2012 at approximately 10:30 p.m. in regards to me. A person with the screen name "Gorilla Toes" (reference to Jennifer McKinney's use of Vibram sneakers) posted the remark. Over the next day, 19 others on this blog "liked" the death threat. I would like the Court to be aware that this site has a system in place that anyone in their community can "flag" a remark for review. Not only wasn't that done, it was left up and remains posted on the site at the mailing of this letter. Also of note, the site has a moderator who goes by the screen name "MWOP Anja" who has allowed the threat to remain posted to the general public. This MWOP community in the past has been associated with issuing death threats to people and/or organizations that are associated with Jennifer McKinney and her blog/charities. A predecessor to this current MWOP blog shut down after it received a cease & desist letter after an affiliate of Jennifer McKinney received a death threat. Unfortunately, members from that same community resurrected the latest MWOP blog.
**Please see Cease & Desist announcement**
**& current MWOP "Terms of Use"……………………………………………………………..…………Attached A-1 to A-2**

There is absolutely no doubt in my mind that this latest tactic is in response to the information I had recently sent to the Court dated 1/31/2011. It is my belief that the MWOP community is intentionally attempting to silence/dissuade me with threats of great bodily harm and/or loss of my life simply for having a different opinion than their own. But more so than that, it is because I have shed a light upon their hater blog and their activities to your Court as well as have taken a public stand against what they do and all that they represent.  I believe that this death threat is retaliatory in nature and is meant to scare me into silence.

### INCREASE IN BULLYING TACTICAL MANUEVUERS LEADING UP TO DEATH THREAT

**1.** Since my mailing to the Court there have been additional multiple "friend" requests on Facebook. As I iterated to the Court before, I am a very private person and I live a very quiet life. This is unusual activity. I have also included the ones I had mentioned before but hadn't

documented. The "cluster" of increased friend requests in the last month and given the present circumstances, leads me to look at this in a different way. It is out of the norm.

**2.** In addition to that new derogatory comments are on the MWOP blog in relation to me and have increased recently with the filing of my correspondence to the Court. I don't have any reactions to the statements, certainly at this point; I am use to their diatribe. However, a "death threat" does give me cause to consider. No matter how remote the possibility, I wanted to make sure that there was a public record of it. Of course, as per usual there are nasty comments directed towards me and woven throughout various threads through the whole board, day after day, month after month; but I just honed in on the one thread that eventually contained the death threat:

   A. Posted by SquattingGoat, Formerly known as SparklyEyes:
      "I agree, she is seriously disturbed. I think of Merle Streep boiling that rabbit when I
       think of her.  Kinda  Single White Female meets One flew Over the Cuckoo's Nest".

   B. Posted by thatagirl:
      "I see her as more of the lady in that movie Misery?"

### They now live near me?

**3.** On the same MWOP thread posted February 10, 2012 under the heading of "Full Throttle" quite a few people started to claim that they lived near me and gave locations that indeed are in close proximity to my house. Since I live in a rural area, I would find it rather unusual for such a "happenstance" coincidence to be happening. For example "Reading Center, NY" isn't even listed on the 2010 U.S. census data because the town is so small. Reading Center has 1,751 residents. As a matter of fact it appears that Reading has 7 more females than males as residents. A few of the other towns barely squeaked by in being listed on the 2010 U.S. census data, just barely crossing the 5,000 population mark. Another of the smaller towns mentioned "Penn Yan" is known to be mostly populated with people from the Amish & Mennonite communities. I don't know call me skeptical; but what are the chances of this happening?

I am providing for the Court a map of my area and the locations where people from the "MWOP" community claim to live/work/shop/play. At the time I read the postings my take was that they were trying to send me a message. These people have known where I have lived for quite a while. I don't think it's a coincidence that after the Court received my 1-31-2012 correspondence that all of a sudden numerous people from the MWOP community now claim to live close to me. Before that time I remember one mentioning she lived a 1 ½ hours or more away from me. On the map my home will be featured with a GREEN lettering and the MWOP people who claim to live/work/play/shop in areas that are close to my home will be featured in RED lettering. The following locations were stated and the distance from my home:
   A. Elmira (12.5 miles)
   B. Watkins Glen (12.59 miles)
   C. Reading Center (18.7 miles)
   D. Keuka Lake (32.54 miles)
   E. Penn Yan (38.03 miles)
   F. Geneva (49.25 miles)

   G. Water Loo (53.61 miles)
   H. Canandaigua/Canandaigua Lake (62.84 miles-North point, 47.34 miles –South point)
**Please see…………………………………………………………………………..……………..**Attached B-1 to B-14

### "BMM"

**4.** I am referred to by different terms on this site, for the sake of clarification for the "death threat statement" I have included the following statement which showcases one of the terms I am referred to on the MWOP blog, that being: "BMM". This stands for Barbara Murtha Malley. This includes my maiden and married name. It is the name that is on my Face-book page. It is the name that comes up every time I make a comment on Face-book. A person on the MWOP site then made up a screen name of: "BMM lies" and then proceeded to repost a statement I had made on Face-book to the MWOP board. I included this so the Court could see that yes indeed "BMM" stands for Barbara Murtha Malley which is the term used to reference me in the veiled death threat.

### BWOP

**5.** I have also included screen shots of the BWOP blog dated 2-9-2012 entitled "Changes" since this is the site I had referenced in my Face-book statement and the one that was reposted on MWOP…..i.e. the alleged "lie that I had posted".  The quote referenced is specifically at the bottom of "**Attach-C-5**", but I included the whole post for the Court simply for the fact that the woman who runs this blog has been dealing with the same bullies from the MWOP community. I would like the Court to know that I do not know who any of these people are. However, as stated in the BWOP thread I have provided, the women from BWOP states that she does indeed know who some of these people are which is clearly stated in "**Attach-C-5**".

**6.**  Also it has come to my attention that under that same BWOP thread "Anonymous" made a reply comment about me that are once again denigrating and that are meant to undermine my credibility. She states that I use the following screen names to post in various places: Mommie24, G_esttAgain & Anon. This is simply not true. *I am very comfortable with my electronic footprint* if it should ever come to that. I haven't taken the time to see what posts people are posting under these screen names and trying to tie to me. I am not a nasty person, but rather think that the pen is mightier than the sword.
**Please see my Facebook post of 2-7-2012, re-quote on MWOP &
The original BWOP "Changes" thread I quoted and false claim of
screen names……………………………………………………………………………………………**Attached C-1 to C-6

### Random attacks on casual posters
**7.** In addition to that, just to show the Court that these attacks are aimed at casual readers of Jennifer McKinney's postings and not just those who have taken a more active stand, I have included more of the thread from the 2/10/2012 Facebook thread mentioned above in which two different women state that they had just received vile messages from a "Joanne O'Brien" for posting innocuous statements of encouragement to Jennifer McKinney's post that night. Another woman mention receiving disturbing hateful twitter posts after simply commenting on Jennifer McKinney's twitter page. I've marked those particular posts for quick reference.
**Please see Facebook thread 2-10-2012…………………………………………………………..**Attached D-1 to D-6

3

## DEATH THREAT

**8.** On 2-10-2012 under the posting of "Full Throttle" at approximately 10:30p.m. I came across a message for me posted on the MWOP blog. GorillaToes posts:

"BMM=Stan (Eminem's song…Google it if you don't know it)

I'm your BIGGEST FAN!!"

Well my first inclination was to ignore it just thinking it was another jab, but my curiosity got the better of me and I did have to "Google it" since I hadn't a clue as to what the song was about.  I'm a 54 year old woman and truth be told, I don't listen to rap music. I quickly checked out the words, write ups as to the meaning of the song & watched a YouTube video of it. At first I was thinking that they were stating I was an obsessed Jennifer McKinney "fan", but that quickly changed when I re-read the post above. At this point it was clear to me that GorillaToes was stating that she was indeed "**my** biggest fan". That changed the meaning of the above post significantly.

## THE MEANING OF THE SONG "STAN"

**9.** The song is about an obsessed fan of a singer who writes to his idol and becomes more and more frustrated and angry when he gets no response. The fan becomes more unhinged as the song continues and ends up in a murder/suicide with "Stan" driving down the road drunk & drugged with his pregnant girlfriend tied up in the trunk and drives off a bridge.

**10.** Some disturbing verbiage from the song:
"Shut up bitch! I'm trying to talk! Hey Slim, that's my girlfriend screamin in the trunk, but I didn't slit her throat, I just tied her up, see I ain't like you cause if she suffocates she'll suffer more, and then she'll die too, well, gotta go, I'm almost at the bridge now".

http://www.youtube.com/watch?v=g42hL22sbJo

**Please see**……………………………………………………………………………..……………….Attached E-1 to E-8

## CONCLUSION

While I believe the chances of this being anything more than a "mind game" are quite slim, I felt it important to document it for several reasons:
  A. It's just plain wrong.
  B. To have a public record of it.
  C. To showcase the severity of the bullying that is being levied against Jennifer McKinney and anyone that reads her blog/Facebook account.
  D. There is a real "fringe factor" element to some of the people associated with this hater blog. Given the times we live in, you just never know.

That being said: I am not an overly "obsessed fan" of Jennifer McKinney's. I don't consider myself a "fan" at all. I was merely reading a young mother's blog when this "phenomena" of a hater blog and all that ensues with it unfolded before my very eyes. I started researching the psychology

4

behind it and tried to educate myself about it. I was very disappointed to learn that there are no current Federal Laws in place that deal with this growing trend.  Particularly since the McKinney case crosses many State lines. A bill was proposed by Rep. Linda Sanchez (D-California): The "Megan Meier Cyberbullying Prevention Act" but it has languished in a House sub-committee. It did not receive much support or interest. Reading about this "phenomena" it seems to mostly deal with teens that are cyber-bullied. I've seen very little on adults who cyber-bully other adults, especially to the degree that Jennifer McKinney and her family has been subjected to. I saw a young family being terrorized by a group of people day in and day out and I didn't like it.
After the MWOP community contacted Your Court, I was stunned and decided to take a more active stand. While I've put two weeks of work into these two presentations to your Court, the MWOP community as a whole has put three years into it, day in and day out. It seems to me that it is the MWOP community that has an obsession with all things Jennifer McKinney.

I thank you for your time Your Honor. I can assure you that I won't be writing again. I think I've made my point adequately. But if per se anything significant unfolds, I will be documenting it for future reference if need be.  I've put more time and energy into this than what I had intended.  I thought perhaps I could offer some information to the Court for consideration.

Sincerely,


Barbara J. Malley
899 Veteran Hill Road
Horseheads, NY  14845
barbjmalley@gmail.com

5