

# MINNESOTA·REVENUE

January 14, 2015

#BWBBMRR
#0000 0212 2600 3206#
UNITED STATES BANKRUPTCY COURT
DIST OF MN - FERGUS FALLS
200 U.S. COURTHOUSE
316 NORTH ROBERT ST
ST PAUL, MN 55101

ID: XXX-XX-2558
Letter ID:   L2122600320

RECEIVED

15 JAN 20  PM 1:06

U.S. BANKRUPTCY COURT
ST. PAUL, MN

**Subject:**   **Claim Withdrawal**

Debtor(s):     ISRAEL MCKINNEY, JENNIFER MCKINNEY
Case:          11-61215
Chapter:       7
Debtor ID(s):  XXX-XX-2558, XXX-XX-8026

The Minnesota Department of Revenue is withdrawing claim 5 filed on October 18, 2012 for $7,359.19 without prejudice.

If you have any questions, please contact us.

**Contact information:**

| | |
|---|---|
| **By email:** | mdor.bkysec@state.mn.us |
| **By mail:** | Minnesota Revenue<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447 |
| **By phone:** | (651) 556-6378 |
| **By fax:** | (651) 282-2817 |

STATE OF MINNESOTA
Commissioner of Revenue

by: *Ron Schwogel*

Collection Division
An equal opportunity employer
www.revenue.state.mn.us

Minnesota Relay 711 (TTY)